UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Criminal No. 06-004 (HHK) |
| | : |
| **ROBERT L. HALL, JR.,** | : |
| **ANTHONY RIVERA, &** | : |
| **THOMAS ALSTON** | : |
| | : |
| **Defendant** | : |

## ORDER

After consideration of the Government's Motion to Permit U.S. Postal Inspector Judy Ramos to Remain at Counsel Table and the entire record in this matter, it is hereby ORDERED that, for the reasons set forth in the Government's Motion, the Motion is GRANTED.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

_____
DATE

cc: Steven J. Durham
    Assistant U.S. Attorney

   Brian McDaniel, Esq. (counsel for defendant Hall)
   Thomas Abbenante, Esq. (counsel for defendant Rivera)
   James Beane, Esq. (counsel for defendant Alston)