# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>THOMAS ALSTON<br><br>DOB:            PDID: | DOCKET NO:<br>06-004-03 | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>**FILED**<br>JAN 1 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO:    ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY;

BANK FRAUD;

MAIL FRAUD;

MONEY LAUNDERING;

CAUSING AN ACT BE DONE; AIDING AND ABETTING;

FIRST DEGREE FRAUD;

CRIMINAL FORFEITURE.

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION:<br>18 U.S.C. § 371; 18 U.S.C. § 1344; 18 U.S.C. § 1341; 18 U.S.C § 1957, 18 U.S.C. § 2; D.C. Code §§ 22-3211; 18 U.S.C. § 982(a)(2)(A). |
|---|---|

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY:<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED: JAN 0 6 2006 |
|---|---|---|
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: JAN 0 6 2006 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 1-6-06 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |
|---|---|---|
| DATE EXECUTED 1-10-06 | | |
| HIDTA CASE:   Yes      No | | OCDETF CASE:   Yes      No |