UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-004 (HHK) |
| | : | |
| v. | : | |
| | : | |
| ROBERT L. HALL, JR., | : | |
| ANTHONY RIVERA, and | : | |
| THOMAS ALSTON | : | |
| | : | |
| Defendants. | : | |

## ORDER

After having considered the Government's Motion and Notice of Intent to Introduce Evidence Pursuant to Fed. R. Crim. P. 404(b), and the entire record in this matter, it is hereby ORDERED that the government's motion is GRANTED and that the proposed evidence is admissible in the government's case-in-chief.

HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE

cc: Steven J. Durham
   Assistant U.S. Attorney

   Brian McDaniel, Esq.
   Attorney at Law

   Tom Abberante, Esq.
   Attorney at Law

   James Beane, Esq.
   Attorney at Law