UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-004-03 (HHK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **THOMAS ALSTON,** | : | |
| | : | |
| **Defendant** | : | |

**GOVERNMENT'S MOTION TO DISMISS COUNTS 1-6, 8,
AND 9 AGAINST DEFENDANT THOMAS ALSTON**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby moves pursuant to Fed. R. Crim. P. 48(a) to dismiss Counts 1 through 6, and Counts 8 and 9 of the grand jury indictment against defendant Thomas Alston. This motion to dismiss these counts does not apply to any of the charges in the indictment against Mr. Alston's codefendants Robert Hall and Anthony Rivera. If this motion is granted, defendant Alston will remain charged with Count 7 of the indictment which charges him with money laundering in

violation of 18 U.S.C. section 1957.  Granting this motion will have no impact on the presentation of evidence at trial with respect to Mr. Alston's codefendants Robert Hall and Anthony Rivera and will allow for a more efficient, focused, and understandable presentation overall.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. BAR # 451288

By: _____
        STEVEN J. DURHAM
        JORDAN A. THOMAS [Bar #452886]
        ASSISTANT UNITED STATES ATTORNEYS
        555 Fourth Street, N.W.
        Washington, D.C.  20530
        (202) 514-8316