UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-004-03 (HHK) |
| v. | : | |
| **THOMAS ALSTON,** | : | |
| **Defendant** | : | |

## ORDER

After having considered the Government's Motion to Dismiss Counts 1-6, 8 and 9 against defendant Thomas Alston, it is hereby ORDERED that the government's motion is GRANTED and that Counts 1 through 6, 8 and 9 of the Indictment against Thomas Alston are hereby dismissed without prejudice.

HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

DATE

cc: Steven J. Durham
    Assistant U.S. Attorney

    Brian McDaniel, Esq.
    (attorney for defendant Hall)

    Tom Abberante, Esq.
    (attorney for defendant Rivera)

    James Beane, Esq.
    (attorney for defendant Alston)