UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal 06-004-03 (HHK) |
| THOMAS ALSTON | |
| Defendant. | |

## ORDER

After having considered the government's motion to dismiss Counts 1-6, 8 and 9 against defendant Thomas Alston, it is hereby

**ORDERED** that the government's motion is **GRANTED** and that Counts 1 through 6, 8 and 9 of the Indictment against Thomas Alston are hereby dismissed without prejudice.

Henry H. Kennedy, Jr.
United States District Judge

Dated: June 8, 2006