UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| ROBERT L. HALL, JR. | : Criminal No. 06-004-01, 02, 03 (HHK) |
| ANTHONY RIVERA, & | : |
| THOMAS ALSTON | : |
| | : |
| **Defendant** | : |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING DOCUMENTS PURSUANT TO RULE 902(11)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that it intends to introduce evidence pursuant to Fed. R. Evid. 902(11).

The Federal Rules of Evidence allow for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity. Fed. R. of Evid. 902(11), which went into effect on December 1, 2000, reads as follows:

Rule 902. Self-authentication

   Extrinsic evidence of authenticity as a condition precedent to admissibility is not required with respect to the following:

\* \* \*

(11) Certified domestic records of regularly conducted activity. — The original or a duplicate of a domestic record of regularly conducted activity that would be admissible under Rule 803(6) if accompanied by a written declaration of its custodian or other qualified person, in a manner complying with any Act of Congress or rule prescribed by the Supreme Court pursuant to statutory authority, certifying that the record —

   (A) was made at or near the time of the occurrence of the matters set forth by, or

1

from information transmitted by, a person with knowledge of those matters;

    (B) was kept in the course of the regularly conducted activity; and

    (C) was made by the regularly conducted activity as a regular practice.

A party intending to offer a record into evidence under this paragraph must provide written notice of that intention to all adverse parties, and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them.

Pursuant to Rule 902(11), the government hereby gives written notice of its intention to introduce evidence consisting of business records from the following entities:

Sterling Trust Company, Waco, Texas
Chevy Chase Bank
Bank of America
Matrix Capital Bank, Denver, Colorado
National Capital Bank of Washington
Ace Cash Express
SunTrust Bank
Countrywide Home Loans, Richardson, Texas
Federal Deposit Insurance Corporation (public records)
District of Columbia Department of Consumer & Regulatory Affairs official public records (public records)
IRS official records re certificate of no record of filing (public records)
IRS official records re Form 1040 tax returns (public records)

All of the business records the government seeks to introduce pursuant to this Rule have been designated and made available to the defendant during discovery. The government has obtained the necessary declarations and will furnish those to defendant prior to trial. By seeking to admit evidence pursuant to Rule 902(11), the government anticipates that this will decrease the total number of witnesses and otherwise shorten the length of the trial.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. BAR #451058


By:   _____
        STEVEN J. DURHAM
        JORDAN THOMAS
        ASSISTANT U.S. ATTORNEYS
        Fraud & Public Corruption Section
        555 4th Street, N.W.
        Washington, D.C. 20001
        (202) 514-8316