UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-004-01, 02, 03 (HHK) |
| | : | |
| v. | : | |
| | : | |
| **ROBERT L. HALL, JR.** | : | |
| **ANTHONY RIVERA, &** | : | |
| **THOMAS ALSTON** | : | |
| | : | |
| **Defendant** | : | |

## JOINT PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following proposed set of voir dire questions:

1. Mr. Hall and Mr. Rivera are charged in a grand jury indictment with the federal crimes of conspiracy, bank fraud, three counts of mail fraud, and three counts of money laundering. Mr. Hall and Mr. Rivera are also charged with first degree fraud under the District of Columbia code. Mr. Alston is charged with one count of money laundering. These charges relate to a series of financial transactions in September, 2003, in which defendants Hall and Rivera allegedly conspired to defraud the Sterling Trust Company of Waco, Texas, and Matrix Capital Bank of Denver, Colorado, out of $90,000 by making or causing others to make false representations to these financial institutions. Mr. Hall, Mr. Rivera, and Mr. Alston then allegedly used accounts at the National Capital Bank of Washington, D.C., and other financial institutions in the metropolitan area to launder the proceeds of this alleged fraud.

   a. Does any member of the panel know anything about this case?

   b. Is there anything about the kind of charges in this case that would prevent you from rendering a fair and impartial verdict if you were selected to be a juror in this case? If yes, explain.

2. The Assistant U.S. Attorneys in this case are Steven Durham and Jordan Thomas. Do any of you know Mr. Durham or Mr. Thomas or have you ever served on a jury or a grand jury in a case in which either was the government's lawyer?

3. The defendants in this case are (1) Robert L. Hall, Jr., who is represented by attorney Elise Haldane; (2) Anthony Rivera who is represented by attorney Thomas Abbenante; and (3) Thomas Alston who is represented by attorney James Beane. Does anyone know or recognize the defendants or their counsel?

4. The government may call the following witnesses during the trial: [Please refer to Government's List of Proposed Witnesses].

    a. Does anyone recognize any of these potential witnesses? If yes, explain how.

5. The U.S. Postal Inspection Service is responsible for investigating crimes which involve mail fraud. In this case, one or more U.S. Postal Inspectors may be called as witnesses. Has anyone had any dealings with members of the U.S. Postal Inspection Service? Please describe. Would any of you be inclined to give either greater or lesser weight to the testimony of these agents simply because he or she is a law enforcement official affiliated with these agencies? If so, explain.

6. Have any members of the panel, or any of your close friends or relatives, either studied law or received legal training? Have any members of the panel, or any of your close friends or relatives, ever worked for a lawyer or a law firm in any capacity, including for example as a legal assistant or investigator?

    a. If so, what areas of law have you or they practiced, studied, or received training in?

    b. Would this experience affect your ability to follow the judge's instructions of law?

7.	Are any members of the jury panel, or your relatives or close friends, currently employed or have been previously employed by a law enforcement agency, such as, the U.S. Secret Service, the FBI, the D.C. Attorney General's Office, the Metropolitan Police Department, or the U.S. Attorney's Office?

a.	If so, in what capacity?

b.	Would your employment or that of a friend or relative affect your ability to render a fair and impartial verdict?

8.	Has any member of the panel been a member of a neighborhood watch organization such as the orange hats?

9.	Have any members of the panel ever served on a jury before? If so, when, what type of case, and what was the outcome? Was there anything about your prior jury experience that would lead you to feel more favorable to one side or the other in this case?

10.	Has any member of the panel, or a close friend or relative, been a plaintiff or a defendant in any civil or criminal court case? If so, what type of case? When and where? What was the outcome?

11.	This case will involve the use of a number of business records and some general principles of accounting. Is there any member of the panel who believes that they might have difficulty understanding or concentrating on this type of evidence? If yes, explain.[1]

---

[1] Defendant Hall objects to this voir dire question.

12. The government may call a witness who may testify as an expert in handwriting analysis. Does any member of the panel have any special training or knowledge in this field? Is there anything about the nature of this type of evidence that would affect your ability to render a fair and impartial verdict in this case?

13. Has any member of the panel ever been employed by or conducted any business with (1) Sterling Trust Company of Waco, Texas; (2) Matrix Capital Bank of Denver, Colorado; (3) National Capital Bank of Washington, D.C.? If yes, please explain. Is any member of the panel employed by any other bank or financial institution?

14. Has any member of the panel or a close friend or relative ever served as an ANC Commissioner? Has any member of the panel ever worked closely with an ANC Commissioner? Provide details.

15. The defendant in a criminal case is presumed to be innocent. The government has the burden of proving the defendant guilty beyond a reasonable doubt. That burden does not shift throughout the trial. The defendant has no obligation to testify in his own behalf or call witnesses or put on a defense. Is there any member of jury panel that has any difficulty understanding and applying these rules? If yes, explain.

16. There are two types of evidence, direct evidence and circumstantial evidence. The law makes no distinction between the weight you should give either kind of evidence, nor does circumstantial evidence require a greater degree of certainty than direct evidence. Is there any member of jury panel that has any difficulty understanding and applying this rule? If yes, explain.

17. Has any member of the panel, or a close friend or relative, been a witness to a crime, a victim of a crime, or charged with a crime? If yes, explain.

   a. Has any member of the panel, or a close friend or relative, ever been the victim of or charged with a crime such as the one alleged here?

   b. Has any member of the panel, or any of your close friends or relatives, ever been accused of or disciplined for theft or dishonesty related to their job? If so, explain at bench.

18. I expect that this case will take approximately two weeks to try. Does anyone have any pressing commitment that would make sitting on this jury an extreme hardship? Does anyone have any type of medical problem that would make sitting on this jury an extreme hardship?

19. Does any member of the panel have any moral, religious, or other beliefs that would make it difficult for you to pass judgment on another human being in this case?

20. Is there any member of the panel who, for any reason, believes that they could not participate in jury deliberations and render a fair and impartial verdict in this case?

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR #451058

By: _____
STEVEN J. DURHAM
JORDAN THOMAS
ASSISTANT U.S. ATTORNEYS
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-8316