UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-004-01, 02, 03 (HHK) |
| | : | |
| v. | : | |
| | : | |
| **ROBERT L. HALL, JR.** | : | |
| **ANTHONY RIVERA, &** | : | |
| **THOMAS ALSTON** | : | |
| | : | |
| **Defendant** | : | |

## JOINT PRETRIAL STATEMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendants Robert L. Hall, Jr., Anthony Rivera, and Thomas Alston, hereby submit the following joint Pretrial Statement as directed by the Court in its Order filed August 8, 2006.

I. **Statement of the Case**

Mr. Hall and Mr. Rivera are charged in a grand jury indictment with the federal crimes of conspiracy, two counts of bank fraud, three counts of mail fraud, and three counts of money laundering. Mr. Hall and Mr. Rivera are also charged with first degree fraud under the District of Columbia code. Mr. Alston is charged with one count of money laundering. These charges relate to a series of financial transactions in September, 2003, in which defendants Hall and Rivera allegedly conspired to defraud the Sterling Trust Company of Waco, Texas, and Matrix Capital Bank of Denver, Colorado, out of $90,000 by making or causing others to make false representations to these financial institutions. Mr. Hall, Mr. Rivera, and Mr. Alston then allegedly used accounts at the National Capital Bank of Washington, D.C., and other financial institutions in the metropolitan area to launder the proceeds of this alleged fraud.

II. **Stipulations**

The parties have neither tendered nor reached any stipulations. The government will seek to introduce certain business records pursuant to Fed. R. Evid. 902(11). The government has previously filed formal notice on this issue and provided defense counsel with all relevant custodian declarations and records.

III. **Proposed Voir Dire**

A copy of the Parties' Proposed Voir Dire is included on the computer disk submitted with this Pretrial Statement.

IV. **Proposed Jury Instructions**

The Joint Proposed Jury Instructions are attached hereto and are included on the computer disk submitted with this Pretrial Statement. Should the jury return a verdict of guilty on any wire or mail fraud count, the proposed instructions also include instructions regarding the forfeiture allegation in the indictment that would apply in a separate forfeiture phase of the trial.

V. **Proposed Jury Verdict Form**

The Joint Proposed Jury Verdict Form is attached hereto and is included on the computer disk submitted with this Pretrial Statement.

VI. **Expert or Opinion Witnesses**

The government intends to call John Cawley who will, pursuant to Fed. R. Evid. 702, be tendered as an expert in questioned documents analysis. Specifically, the government expects that Mr. Cawley will render an opinion as to the handwriting contained in certain relevant documents in

this case including checks and other financial records. Mr. Cawley has previously been qualified in federal courts as an expert in this area and his testimony will assist the jury in understanding the evidence.

Pursuant to Fed. R. Crim. P. 16(a)(1)(G), the government, some months ago, provided defense counsel will a written summary of Mr. Cawley's proposed testimony as well as his CV. The government will also provide in advance of trial any visual aids or charts that it will use with Mr. Cawley during his testimony at trial.

As of the date of this Pretrial Statement, government counsel has not received any reciprocal discovery from defendant, nor has government counsel been notified either in writing or orally, of an intention to use any expert testimony at trial.

VII. **Prior Convictions the Government Intends to Use at Trial**

The government is aware of no prior convictions of any defendant.[1] The government does not know what witnesses, if any, the defense intends to call but reserves the right to use any impeachable convictions that may be discovered.

VIII. **Evidentiary Issues/Motions in Limine**

The Government's Rule 404(b) motion vis a vis defendant Hall is still pending with the Court. Defendant Hall has filed an opposition.

---

[1] Defendant Hall was of course found guilty in March, 2006, in Criminal Number 05-30, of multiple counts of mail, wire and securities fraud. Because sentencing will not occur prior to the commencement of this trial, the conviction is not final and the government will not seek to impeach Mr. Hall with these convictions should he choose to testify.

IX. **Objections/Request for Clarification to the Pretrial Order**

    The parties have no objections or requests for clarification to the Pretrial Order

                                    Respectfully submitted,

                                    KENNETH L. WAINSTEIN.
                                  UNITED STATES ATTORNEY
                                  D.C. BAR # 451058

                By:               _____
                                  STEVEN J. DURHAM
                                  JORDAN THOMAS
                                  ASSISTANT U.S. ATTORNEYS
                                  Fraud & Public Corruption Section
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 514-8316