UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 06-004-03 (HHK) |
| | : | |
| v. | : | |
| | : | |
| **THOMAS ALSTON,** | : | |
| | : | |
| **Defendant** | : | |

**JOINT PROPOSED JURY VERDICT FORM**

The parties hereby submit the following proposed jury verdict form.

**COUNT 7 (MONEY LAUNDERING):**

  As to count 7 of the grand jury indictment, charging defendant Thomas Alston with money laundering, we, the members of the jury, do hereby find the defendant Thomas Alston:

  _____GUILTY       _____NOT GUILTY

            _____
            FOREPERSON/JUROR NO.

            _____
            DATE