UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.:  06-004-01, 02, 03 (HHK) |
| | : | |
| v. | : | |
| | : | |
| **ROBERT L. HALL, JR.** | : | |
| **ANTHONY RIVERA, &** | : | |
| **THOMAS ALSTON** | : | |
| | : | |
| **Defendant** | : | |

## GOVERNMENT'S OPPOSITION TO COUNSEL FOR DEFENDANT HALL'S MOTION TO WITHDRAW AS COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby opposes counsel for defendant Hall's motion to withdraw as counsel of record in this case. Defendant's 11th hour motion – counsel has been counsel of record since June, 2006, and trial in this matter commences in just over three weeks – sets forth no grounds which would justify counsel's request to withdraw.

Present counsel for Mr. Hall was appointed almost three months ago in June, 2006. Ms. Haldane is defendant Hall's fourth attorney.[1] Defendant Hall has a well established track record of attempting to delay and otherwise avoid standing trial. The Court will recall that prior to the

---

[1] Mr. Hall's first attorney, Carlos Vanegas, was appointed by the Court in 2004. Mr. Hall terminated Mr. Vanegas's representation and retained Pamela Bethel later that same year. Following Ms. Bethel's representation, the Court appointed Brian McDaniel to represent Mr. Hall in March, 2005. Just prior to trial in criminal case number 05-30, Mr. Hall terminated Mr. McDaniel and chose to represent himself at trial in that case. Following trial, defendant announced that he again wished to be represented by counsel but not by Mr. McDaniel. On June 28, 2006, the Court appointed Ms. Haldane to represent Mr. Hall in both this case and in 05-30 for purposes of sentencing.

commencement of trial in 05-30, defendant Hall attempted to continue the February, 2006, trial date. (See Government's Opposition to Defendant's Motion to Continue filed January 29, 2006, which sets forth relevant procedural history.) The Court denied this motion.

As justification, defendant's motion to withdraw sets forth only the conclusory statement that differences between counsel and Mr. Hall "have become absolutely irreconcilable." See Def. Motion at 1. Defendant Hall has a long history of being unable to work amicably with his counsel. Indeed, Mr. Hall moved *pro se* in June, 2006, to discharge Mr. McDaniel as advisory counsel and appoint new counsel to represent him. Ms. Haldane – an experienced federal criminal practitioner – was appointed to represent him. Mr. Hall is not entitled to appointed counsel of his own choosing nor is he entitled to avoid or delay his scheduled trial date in this matter. There is no basis to believe that yet another court appointed attorney would meet with defendant Hall's liking.

The government is prepared for trial on October 10, 2006, and has already arranged for witnesses from Texas to attend trial during this time period. This case has been indicted since January, 2006, and includes two other co-defendants who also have the right to trial.

For the forgoing reasons, defendant's motion to withdraw as counsel should be denied.

                                            Respectfully submitted,

                                            KENNETH L. WAINSTEIN.
                                            UNITED STATES ATTORNEY
                                            D.C. BAR # 451058

By: _____
       STEVEN J. DURHAM
       JORDAN THOMAS
       ASSISTANT U.S. ATTORNEYS
       Fraud & Public Corruption Section
       555 4th Street, N.W.
       Washington, D.C. 20530
       (202) 514-8316