IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06 cr 004 (HHK) |
| | : | |
| THOMAS ALSTON | : | |
| | : | |
| Defendant | : | |

PROPOSED CAUTIONARY INSTRUCTION

Ladies and Gentlemen of the jury during the government's presentation of evidence several documents were admitted that suggest that Mr. Alston provided false information to Full Spectrum Lending / Countrywide Home Loans, and failed to provide information to the Internal Revenue Service.  This evidence was presented to you for the sole purpose of deciding whether Mr. Alston had a relationship with Mr. Hall and Mr. Rivera.  It is up to you to decide whether to accept that evidence.  But you may not consider this information for any other purpose.

Mr. Alston has not been charged with any offense related to providing incorrect information to Full Spectrum Lending / Countrywide Home Loans, or failing to provide information to the Internal Revenue Service.  You may not consider this evidence to conclude that Mr. Alston has a bad character, or that Mr. Alston has a criminal personality.  The law does not allow you to convict Mr. Alston simply because you believe he may have done bad things not specifically charged as crimes in this case.  Mr. Alston is on trial for the crimes charged in the Indictment, and you may use the evidence

of acts not charged only for the limited purpose of helping you decide whether there was a relationship between Mr. Alston, Mr. Hall and Mr. Rivera.

          Respectfully submitted,

          /s/
          _____
          James W. Beane, Jr.

          2715 M Street, NW
          Suite 200
          Washington, DC  20007
          202-333-5905

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing proposed cautionary instruction has been served upon Attorney Thomas Abbenante, Assistant United States Attorney, Steven Durham and Attorney Jordan A. Thomas via email to the following addresses: tabbenante@aol.com, steven.durham@usdoj.gov, thomasja@sec.gov on Tuesday October 17, 2006.

                                                   Respectfully submitted,

                                            _____/s/_____
                                                 James W. Beane, Jr.