**FILED**

OCT **2 3** 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            :
                                     :
        v.                           :  **Criminal No. 06-004-03 (HHK)**
                                     :
THOMAS ALSTON,                       :
                                     :
            Defendant                :

## JURY VERDICT FORM

### COUNT 7 (MONEY LAUNDERING):

As to count 7 of the grand jury indictment, charging defendant Thomas Alston with money

laundering, we, the members of the jury, do hereby find the defendant Thomas Alston:

_____ NOT GUILTY                    _____ GUILTY

_____
FOREPERSON/JUROR NO. 2

_10/23/06_____
DATE

1