UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States
vs.
Anthony Rivera
Thomas Alston

Civil/Criminal No. 06-004

**FILED**

OCT 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>NOTE FROM JURY</u>

When Mr. Rivera agreed to allow Mr. Hall to use his account to deposit the wired funds, at this point did he become a partner in conspiracy?

If Mr. Rivera did not know that this act was part of a bank fraud scheme, does this acquit him as a co-conspirator?

Date: 10/20/06

Time: 3:52 pm

FOREPERSON

CO-109A

*Response to Note #1*

10/23/2006

**FILED**
OCT 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Members of the Jury,

With respect to your first note, the answers to the questions you ask are for the jury to decide based upon the principles of law, including the instructions on conspiracy, about which you have been instructed.

Judge Kennedy