AO 245A  (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**FILED**

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

THOMAS ALSTON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   CR 06-004

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Henry Kennedy, Jr._
Signature of Judge

| HENRY H. KENNEDY , | USDJ |
|---|---|
| Name of Judge | Title of Judge |

10/23/2006
Date