#7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States

vs.

Anthony Rivera
Thomas Alston

Civil/Criminal No. 06-004

**FILED**

OCT 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

Jurors ~~have~~ cannot reach a unanimous decision on any counts.

Date: 10/24/06

Time: 1:35 pm

FOREPERSON

CO-109A

52