

"Durham, Steven \(USADC\)"
<Steven.Durham@usdoj.gov>

10/18/2006 06:58 PM

To <Kennedy_Chambers@dcd.uscourts.gov>,
<Brigham_Bowen@dcd.uscourts.gov>,
<Tanya_Johnson@dcd.uscourts.gov>

cc <beane.law@verizon.net>, <tabbenante@aol.com>,
"Thomas, Jordan" <THOMASJA@SEC.GOV>

bcc

Subject US v. Rivera & Alston, 06-004 (HHK)

Judge Kennedy:

 There are two minor matters that the government wishes to bring to the Court's attention in anticipation of closing tomorrow.

 First, in its proposed jury instruction number 7, relating to the elements of mail fraud, the instruction should include a reference to a commercial interstate carrier. Accordingly, the proposed instruction would read:

 In order to establish that defendant violated 18 U.S.C. § 1341 by committing mail fraud as charged in Counts 4 through 6, the government must prove beyond a reasonable doubt the following three essential elements:

 First, that a defendant devised a scheme or plan to defraud;
 Second, that a defendant did so with intent to defraud; and
 Third, that a defendant used the mails or caused the mails to be used to advance, further, or carry out the scheme or plan or used a commercial interstate carrier or caused a commercial interstate carrier to be used to advance, further, or carry out the scheme.

 Second, the government neglected to move into evidence during its rebuttal case Government's Exhibits 39 and 40 which were shown to Mr. Rivera during his cross-examination. Exhibits 39 and 40 are bank records for which there are custodian declarations. In fact, other portions of these bank records have already been admitted into evidence elsewhere as part of Exhibit 35. The government requests leave to formally move these two exhibits into evidence prior to closing argument.

Steven J. Durham
Jordan A. Thomas
Assistant U.S. Attorneys